IN THE COURT OF APPEALS OF TENNESSEE
WESTERN SECTION AT JACKSON

BRIAN PATRICK GRANT,

    Plaintiff,

v.

TONYA RENEE' FORTUNE GRANT,

    Defendant.

Shelby Circuit No. 145922 R.D.
C.A. No. 02A01-9603-CV-00053

**FILED**

**June 05, 1997**

**Cecil Crowson, Jr.**
**Appellate Court Clerk**

ORDER

Appellant has filed a Petition for Rehear in this cause, to which a response has been filed.

After due consideration, it appears that this court's opinion, on page 4 thereof, inadvertently stated that "Wife complained of physical abuse and neglect", rather than "verbal abuse and neglect", as borne out by the record.

Accordingly a substitute page 4 has been filed along with this order, to correctly state what the record in this cause reflects.

The petition to rehear is therefore overruled.

Enter this 5th  day of June, 1997.

_____
TOMLIN, Sr. J.

_____
CRAWFORD, P. J. W. S.    (CONCURS)

_____
FARMER, J.              (CONCURS)